PROVIDED TO
HAMILTON CI
DEC 29 2022
RECEIVED BY BB
FOR MAILING

Original Copy oF 2.                                                December 29, 2022

STATE OF FLORIDA                     United States District Court
COUNTY OF HAMILTON                   Middle District of Florida
                                     office of The Clerk
                                     300 N. Hogan Street, STE 9-150
                                     Jacksonville, Florida
                                     32202-4271

3:23CV4-MMH-LLL

___SWORN Affidavit___   RE: Life in Danger:

I, ANDRE L. SHEFFIELD #116194, do Hereby Certify THAT THE Following STatement is True and Correct And Made oF My Own Free Will From my Own personal Knowledge.

ON December 21, 2022 I WAS Transferd into Hamilton Correctional Institution, WHEN I WAS Supposed To Have been Negative adjustment Transferd, After A Denial oF Close Management in July 2022. Because Classification, Mental Health And Security Want to See mySelF STabbed up by Gang members, They Cahooted With Central office To Transfer mySelF back Into their Institution To Retaliate more!

When I arrived At Hamilton C/O R. Ivey, And D. Norton, begin Threatening mySelF To Use Chemical Agents ON mySelF, And That When I Went out into population That I already Knew Gang members Were Gond Kill mySelF!

When I WAS Evaluated by Medical that Date, I advised them I Had A Mental Health Emergency, THEY Referd mySelF To Mental Health STaFF T. Stewart, This STaFF Told mySelF To Show Her I Was Suicidal

1 oF 3

At that time she advised Security to send myself on to G-dormitory, she was through with myself! I told her I was gona overdose on pills, she stated do it! At time I went back into the medical Lobby, and digested over (50) blood pressure pills only then was I placed in a (SHOS) self harm observation cell.

The entire time I was in (SHOS) from 12/21/22 through 12/28/22 I never ate a meal, I told the ARNP daily I <u>Felt Suicidal</u> <u>And I wanted to kill myself.</u> She only ordered medication, and advised B. Stewart, and Security told her to discharge myself, Force myself out of the (SHOS) cell, that I was running from Gang members!

On 12/28/22 Prior to being discharged A (Lt.) Leuitenant JOHNSON, come to the SHOS cell and stated he had gotten a call from the (I.G.) Inspector General office, and they wanted to know was I still in fear for my life, I told him (Yes)! Thirty minutes later, the Female Sgt. assigned to the SHOS cells brings myself clothes, so evidently he lied and told the (I.G.) office I said (No). I refused to come out the cell and was threatend to be used chemical agents upon if I did'nt submit to hand restraints and be escorted to (B) Dormitory! This statement was made by a Captain Knight, who advised myself during this threat that, "THE I.G. office told him, there is no Gang members trying to kill myself"! Then he said the gangs had been questioned, and said they did not know me, and they was'nt trying to stabb myself up!, As if they would tell him, be forreal!

2 of 3

All in Cahoots With these Gang members, possiably paid by them!

Note: ON A Weekly basis, Hamilton C.I. HAS HAD No LESS THAN (4) Stabbings A Week! SEE: D.O.C. Internet.

MENTAL Health B. Stewart, And Acting practioner, ARNP., Forced myself Out the Stos Cells, Although Advised Daily I Felt Like Harming myself! IT WAS Never Reported to Regional office That I Had Refused all meals For A Week Straight, ON A Hunger Strike, Falsifieing docuuments, For Their Security Lovers, And Gang members their bringing drugs to!

I Have "repeatedly" advised Security, Classification, Mental Health And Medical that my Life is in danger at Hamilton C.I., And They Continue To Falsifie docuuments, Covering This "Fact" up, With Central office! SEE: Witness statement attached. Retaliation Expected.

CERTIFICATE OF Service

I, Andre L. Sheffield, Do Hereby Certify THAT A True And Correct Copy of This Sworn Affidavit HAS BEEN PLACED IN THE HANDS OF HAMILTON C.I. MAIL CARRIERS, For MAILING THE ORIGINAL Copy To: U.S. District Court, Middle District, 300 N. Hogan Street, Ste 9-150 Jacksonville, Florida 32202-4271 ON This 29th day of December 2022.

Respectfully,
Andre Sheffield
Andre Sheffield #716194
Hamilton Corr. Inst.
10650 S.W. 46 St
JASPER, FLORIDA
32052